ACCEPTED
06-14-00207-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 4:52:33 PM
DEBBIE AUTREY
CLERK

APPEAL NO. 06-14-00207-CR

| | | |
|---|---|---|
| KARL PATRICK HOULDITCH | § | IN THE COURT OF APPEALS |
| | § | 6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| V. | § | SIXTH DISTRICT OF TEXAS 5/13/2015 4:52:33 PM |
| | § | DEBBIE AUTREY |
| STATE OF TEXAS | § | TEXARKANA, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, Jonathan Hyatt, and files his Motion for Extension of Time to File Appellee's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

I.

The Deadline for filing Appellee's Brief is May 15, 2015.

II.

The length of the extension sought is 30 days.

III.

Appellee relies on the following facts to reasonably explain said request for an extension:

A. Due to staff changes within the Harrison County District Attorney's office, namely that the former chief appellate attorney accepted employment in a neighboring county, the appeal workload has shifted to other members of the District Attorney's Office that have numerous

1

collateral duties. In the time requested for said extension, the new appellate attorney for the County will have begun employment.

B. The issues involved in this brief require substantial research that has yet to be done by Movant in order that an adequate brief might be prepared.

IV.

This is the first request for an extension to file Appellee's Brief.

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellee brief until June 14, 2015, which is thirty days from the current deadline.

Respectfully Submitted,

/s/ Jonathan Hyatt
Jonathan Hyatt
State Bar No. 24072161

ATTORNEY FOR APPELLEE
Harrison County District Attorney's Office
P.O. Box 776
Marshall, Texas 75671
Telephone No. (903) 935-8408
Facsimile No. (903) 938-9312
jonh@co.harrison.tx.us

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

Lew Dunn, Attorney for Appellant, does not oppose this Motion.

/s/ Jonathan Hyatt
Jonathan Hyatt


## CERTIFICATE OF SERVICE

By affixing my signature below, I, Jonathan Hyatt, hereby certify that a true copy of Motion for Extension of Time to File Appellee's Brief has been provided to Lew Dunn, Attorney for Appellant, on May 13, 2015, by facsimile as provided by Rule 9.5(b) of the Texas Rules of Appellate Procedure.

/s/ Jonathan Hyatt
Jonathan Hyatt